**Order filed April 2, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00007-CV
_____

**GOPIKRISHNA P. DORAISWAMY, Appellant**

**V.**

**PIPING TECHNOLOGY & PRODUCTS, INC., Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2014-53760**

---

## O R D E R

Appellant's brief was due March 12, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 15, 2015**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM